Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOWARD McCAY, an individual, | No. 2:20-cv-01212-JLR |
| Plaintiff, | JURY DEMAND |
| v. | |
| SEATTLE POLICE OFFICERS JEREMY BOHANNON, JOSHUA BRILLA, WALKER DICKSON, DORIAN KORIEO, AIMEE LACLAIRE, SCOTT LAPIERRE, GERARDO MORENO, BRENDAN SULLIVAN, and ROXANNE ZECH, | |
| Defendant. | |

Plaintiff Howard McCay requests a trial by jury in this case.

DATED this 25th day of September, 2020.

MacDONALD HOAGUE & BAYLESS

By: *s/ Rebecca Talbott*
Joe Shaeffer, WSBA #33273
joe@mhb.com
Mika Rothman, WSBA #55870
mikar@mhb.com
Rebecca Talbott, NY #4923157
*Admitted pro hac vice*
rebeccat@mhb.com
705 2nd Ave, Suite 1500, Seattle, WA 98104
(206) 622-1604
Attorneys for Plaintiff

JURY DEMAND - 1

No. 2:20-cv-01212-JLR

18936.00000 ni250304

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled **Jury Demand** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

**Attorney for Defendants:**

City of Seattle Attorneys Office:

Erika Evans,   Erika.Evans@seattle.gov

DATED this 25th day of September, 2020, at Seattle, Washington.

                                        /s Marry Marze
                                        Marry Marze, Legal Assistant

JURY DEMAND - 2

No. 2:20-cv-01212-JLR

18936.00000 ni250304

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961