Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOWARD McCAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE POLICE OFFICERS JEREMY BOHANNON, JOSHUA BRILLA, WALKER DICKSON, DORIAN KORIEO, AIMEE LACLAIRE, SCOTT LAPIERRE, GERARDO MORENO, BRENDAN SULLIVAN, and ROXANNE ZECH,<br><br>Defendants. | No. 2:20-cv-01212-MAT<br><br>(~~PROPOSED~~) ORDER GRANTING STIPULATION TO FILE AMENDED COMPLAINT |

This matter comes before the Court on the Stipulated Agreement between the parties allowing Plaintiff to amend his Complaint (Dkt. 19).

Having reviewed the Stipulation, the Court hereby ORDERS, JUDGES, and DECREES, as follows:

That the Stipulation (Dkt. 19) is GRANTED, and

Plaintiff is allowed to file his Amended Complaint (Dkt. 20).

DATED this 22nd day of December, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

(~~PROPOSED~~) ORDER GRANTING STIPULATION TO FILE
AMENDED COMPLAINT - 1

No. 2:20-cv-01212-MAT
18936.00000 nl220301

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

By:    /s/ Rebecca Talbott
     Joe Shaeffer, WSBA #33273
     joe@mhb.com
     Mika Rothman, WSBA #55870
     mikar@mhb.com
     Rebecca Talbott, WSBA #57334
     rebeccat@mhb.com
     705 2nd Ave, Suite 1500
     Seattle, WA 98104
     (206) 622-1604
     Attorneys for Plaintiff

(PROPOSED) ORDER GRANTING STIPULATION TO FILE AMENDED COMPLAINT - 2

No. 2:20-cv-01212-MAT
18936.00000 nl220301

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961