The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

HOWARD McCAY,

     Plaintiff,

vs.

SEATTLE POLICE OFFICERS JEREMY BOHANNON, JOSHUA BRILLA, WALKER DICKSON, DORIAN KORIEO, AIMEE LACLAIRE, SCOTT LAPIERRE, GERARDO MORENO, BRENDAN SULLIVAN and ROXANNE ZECH, individuals, and CITY OF SEATTLE, a municipal corporation,

     Defendants.

No.   2:20-cv-01212-MAT

ORDER OF DISMISSAL WITH PREJUDICE

**ORDER**

THIS MATTER having come before this Court upon the stipulation of the parties (Dkt. 31), and it appearing to the Court that this matter has been fully settled and compromised as between the Plaintiff and the Defendants, and the Court being fully advised in the premises, now, therefore, it is hereby,

ORDER OF DISMISSAL WITH PREJUDICE - 1
2:20-cv-01212-MAT

18936.00000 oi010302

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED with prejudice and without costs or attorneys' fees.

DATED this 2nd day of September, 2021.

_____
MARY ALICE THEILER
United States Magistrate Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

By:    *s/ Nyjat Rose-Akins*
       Nyjat Rose-Akins, WSBA# 41387
       Rebecca Widen, WSBA# 57339
        Assistant City Attorneys

       *Attorneys for Defendants*

Copy Received; Approved For Entry;
Notice of Presentation Waived:


By:    *s/ Joe Shaeffer*
       Joe Shaeffer, WSBA# 33273
       Mika Rothman, WSBA# 55870

       *Attorneys for Plaintiff*

ORDER OF DISMISSAL WITH PREJUDICE - 2
2:20-cv-01212-MAT

18936.00000 oi010302

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200